PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Theresa G. Waters　　　　Case Number: 3:14-00112-01

Name of Current Judicial Officer: The Honorable William J. Haynes, Jr., Chief U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable James J. Brady, U.S. District Judge, MDLA

Date of Original Sentence: October 20, 2011

Original Offense: 18 U.S.C. § 664 Embezzlement From an Employee Benefit Plan

Original Sentence: 37 months' custody followed by 2 years' supervised release

Type of Supervision: Supervised Release　　　　Date Supervision Commenced: February 14, 2014

Assistant U.S. Attorney: Unassigned　　　　Defense Attorney: Unassigned

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this ___ day of _____, 2014,
and made a part of the records in the above case.

_____
Eric Illarmo
U.S. Probation Officer

_____
William J. Haynes, Jr.
Chief U.S. District Judge

Place　　Nashville, Tennessee

Date　　August 19, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernailia related to such substances, except as prescribed by a physician.**

   On April 15, 2014, the defendant submitted a urine sample which tested positive for marijuana. She denied using the substance, and the sample was forwarded to the national laboratory for analysis. On April 19, 2014, the results were confirmed positive. She was referred for substance abuse treatment and continued on a random drug testing program. She has been compliant with treatment and no further drug use has been detected.

2. **The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

   On June 13, 2014, the defendant resigned from her job at CTEL, and she has been unemployed since that time. She continues to make nominal, monthly payments toward restitution. Reportedly, she had to resign as her employer could not accommodate necessary medical treatments for a serious health issue. On August 18, 2014, the defendant agreed to provide documentation of a medical inability to work. Alternatively, she agreed to report to a not-for-profit agency that could accommodate her treatment needs.

**Compliance with Supervision Conditions and Prior Interventions:**
Ms. Theresa G. Waters began her term of supervised release on February 14, 2014, and is currently scheduled to complete her term on February 13, 2016. She is currently unemployed due to poor health. She resides at 1434 East Main Street, Apartment 20, Murfreesboro, Tennessee.

It should be noted that the above-listed violations occurred while jurisdiction of the case was in the process of transferring from the Middle District of Louisiana to the Middle District of Tennessee. Jurisdiction was accepted by this Court on July 29, 2014.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervision with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer